UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-276-RBD-EJK
            18 U.S.C. § 1708

RYAN ANTHONY AHERAN

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Mail Theft)

On or about October 1, 2024, in the Middle District of Florida, the defendant,

RYAN ANTHONY AHERAN,

did knowingly steal, take, and abstract from and out of a letter box, mail receptacle, and authorized depository for mail matter a letter, postal card, package, and mail.

In violation of 18 U.S.C. § 1708.

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney

By: *[signature] for*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34  
November 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

RYAN ANTHONY AHERAN

## INDICTMENT

Violations: 18 U.S.C. § 1708

A true bill,

_____  
Foreperson

Filed in open court this 13th day of November, 2024.

_L. Geyien_____  
Clerk

Bail $_____